# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DEANN A. MCBRAYER,

      Plaintiff,                                      CASE NO. 08-CV-12446

-vs-

                                                       PAUL D. BORMAN

WILLIAM E. DELZER, ET AL.,            UNITED STATES DISTRICT JUDGE

      Defendants.
_____/

## ORDER (1) GRANTING PLAINTIFF'S MOTION TO DISMISS ACTION

Before the Court is Plaintiff DeAnn A. McBrayer's July 7, 2008 Motion to Dismiss the instant action. (Dkt. No. 5).

The Court **GRANTS** Plaintiff's Motion to Dismiss the action.

**SO ORDERED**.

                                                                 s/Paul D. Borman
                                                                 PAUL D. BORMAN
                                                                 UNITED STATES DISTRICT JUDGE

Dated: July 30, 2008

## CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on July 30, 2008.

                                                                 s/Denise Goodine
                                                                 Case Manager